Alden J. Parker (SBN 196808)
E-Mail:  aparker@fisherphillips.com
FISHER & PHILLIPS LLP
621 Capitol Mall, Suite 1400
Sacramento, California 95814
Telephone: (916) 210-0400
Facsimile: (916) 210-0401

Attorneys for Defendant
CAVA MEZZE GRILL, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Aiden Laursen,<br><br>               Plaintiff,<br><br>     v.<br><br>Cava Mezze Grill, LLC,<br><br>               Defendant. | Case No:   2:22-cv-00114-JAM-KJN<br><br>**ORDER TO EXTEND DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Complaint Filed: January 19, 2022<br>Trial Date: None Set |

IT IS HEREBY ORDERED that Plaintiff Aiden Laursen ("Plaintiff") and Defendant Cava Mezze Grill, LLC ("Defendant") hereby stipulate to extend the deadline for Defendant to file its response to Plaintiff's Complaint (Case No.: 2:22-cv-00114-JAM-KJN) to March 11, 2022.  As such, Defendant's deadline to file a responsive pleading is hereby extended to March 11, 2022.

**IT IS SO ORDERED.**

DATED:  February 25, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE