Richard Morin (SBN 285275)
Bryce Fick (SBN 322951)
Law Office of Rick Morin, PC
555 Capitol Mall Suite 750
Sacramento, CA 95814-4508
Phone: (916) 333-2222
Email: legal@rickmorin.net

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Aiden Laursen,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>Cava Mezze Grill, LLC,<br><br>　　　　　Defendant. | Case No. 2:22-cv-00114-JAM-KJN<br><br>**STATUS REPORT REGARDING SETTLEMENT** |

On March 14, 2022, Plaintiff Aiden Laursen notified the court that the parties had a reached a settlement of this entire action and that dispositional documents would be filed no later than 21 days per the local rules. As of today's date, defendant Cava Mezze Grill, LLC has not signed the settlement agreement nor has the defendant performed its obligations thereunder, and therefore Plaintiff is not in a position to dismiss the action as anticipated. Defendant's counsel indicated that its client will execute the settlement agreement this week and Plaintiff hopes to dismiss the case within the next 30 days.

　　　　Respectfully submitted,

　　　　Dated: April 4, 2022　　　　　　　　　　　　　　Law Office of Rick Morin, PC

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Rick M
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　By: Richard Morin
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Bryce Fick
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff