Richard Morin (SBN 285275)
Bryce Fick (SBN 322951)
Law Office of Rick Morin, PC
555 Capitol Mall Suite 750
Sacramento, CA 95814-4508
Phone: (916) 333-2222
Email: legal@rickmorin.net

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Aiden Laursen,<br><br>        Plaintiff,<br>  v.<br><br>Cava Mezze Grill, LLC,<br><br>        Defendant. | Case No. 2:22-cv-00114-JAM-KJN<br><br>**NOTICE OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Aiden Laursen hereby dismiss this entire action with prejudice.

Respectfully submitted,

Dated: April 28, 2022

Law Office of Rick Morin, PC

_____
By: Richard Morin
Bryce Fick
Attorneys for Plaintiff